IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LESHANE J. HOLMES,**

Plaintiff,

v.

**JEANNE S. WOODFORD, et al.,**

Defendants.

NO. CIV S-04-2377 LKK KJM P

**ORDER**

Good cause appearing, Defendants' request for a 30 day extension of time to file a response to the complaint is granted. Defendants' responsive pleading must be filed on or before September 26, 2005.

DATED: August 31, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

holm2377.eot.wpd

Order

1