IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESHANE J HOLMES,

    Plaintiff,                       No. CIV S-04-2377 LKK KJM P

    vs.

JEANNE S. WOODFORD, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

        On June 9, 2005, the court ordered the United States Marshal to serve the complaint on several defendants. Process directed to defendant Hernandez was returned unserved because he could not be found at the address provided by plaintiff. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250 <u>et</u> <u>seq</u>., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff a USM-285 form, along with an instruction sheet and a copy of the complaint filed November 5, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form; and

    b. Two copies of the endorsed complaint filed November 5, 2004.

DATED: May 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] holm2377.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESHANE J. HOLMES,

    Plaintiff,                                    No. CIV-S-04-2377 LKK KJM P

    vs.

JEANNE S. WOODFORD, et al.,          <u>NOTICE OF SUBMISSION</u>

    Defendants.                                <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      <u> 1 </u>    completed USM-285 form

      <u> 2 </u>    copies of the <u>  11/5/04  </u>
                                  Complaint

DATED:

                                                          Plaintiff